IN THE TEXAS COURT
OF CRIMINAL APPEAL
ASUTIN,TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

CLIFTON DEAN MONTGOMERY,Jr.,Appellant

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

TRAIL COURT NO.12-01245-CRF-272
APPEAL NO.10-13-00298-CR

PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Respectfully,CLIFTON DEAN MONTGOMERY,Appellant in the above style and number cause whom are proceeding pro se files and submit this his Pro se Motion For Extension of Time to File Petition For Discretionary Review,and in support,the Appellent will show:

1.)The style and number of this case in the Tenth District court of Appeals Waco,Texas is; CLIFTON DEAN MONTGOMERY V. THE STATE OF TEXAS Appeal no.10-13-00298-CR.

2).The style and number of the case in the trial court is: THE STATE OF TEXAS V.CLIFTON DEAN MONTGOMERY Cause No. 12-01245-CRF-272 Brazos County,Texas .

3).The conviction was affirmed juyl 3,2015.

4)The deadline for filing Appellant's Petition For Discretionary Review is August 3,2015.

5). An extension of time for a period of sixty(60) days is requested that would make the date due October 3,2015.

6). No prior requet for an extension of time has been made.

7). The facts relied upon to show good cause for the requested entension are,as follows: The Appellant was represented by court appointed attorney during the appeal and after the appeal was affirmed the Appellant has to file rehearing pro se as well as Petition For Discretionary Review.

2.

WHEREFORE,PREMISES CONSIDERED,the Appellant respectfully request this Honorable Court to extend time for filing Petition For Discretionary Review in this cause until October 3,2015.

ON THIS__THE DAY OF_____,2015

RESPECTFULLY SUBMITTED,

CLIFTON DEAN MONTGOMERY
#1874480 Polunsky Unit
3872 FM 350 South
LIvingston,Texas 77351

2.